UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAEVON SHADE,

       Plaintiff,                                          Case No. 24-cv-10623

v.

                                                              HON. MARK A. GOLDSMITH

CITY OF WARREN,

       Defendant.
_____/

## ORDER DIRECTING PLAINTIFF TO SUBMIT COMPLETE APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS (Dkt. 2)

Before the Court is Plaintiff Daevon Shade's application to proceed without prepaying fees or costs (Dkt. 2). The Court directs Shade to complete and submit Form AO 240, Application to Proceed in District Court Without Prepaying Fees or Costs, by March 27, 2024. Failure to do so will result in a denial of his application.

SO ORDERED.

Dated: March 13, 2024                                s/Mark A. Goldsmith
   Detroit, Michigan                            MARK A. GOLDSMITH
                                                United States District Judge